**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

       Plaintiff,

                               Case No. 08-10367

v.

DEANNA HAWKINS,

       Defendant.
                                     /

**ORDER GRANTING MOTION TO WITHDRAW**

Pending before the court is an August 24, 2009 motion filed by Dean Greenblatt, seeking to withdraw from representing Defendant Deanna Hawkins. Plaintiff State Farm filed a response to the motion. It did not oppose the motion, but requested a hearing. The court, following its normal practice, held a hearing on October 9, 2009, at which Greenblatt and counsel for Plaintiff appeared in person, and Hawkins appeared by telephone.

At the hearing, Greenblatt stated that withdrawal should be permitted because Hawkins has failed to fulfill her obligations to him, namely the payment of attorney's fees. Greenblatt further stated that he simply could not afford the costs of representing her without payment; e.g., he would not be able to attend out of state depositions because he could not afford the airfare. Plaintiff does not oppose withdrawal, and the court is satisfied that, under these circumstances, substitution of counsel is appropriate. If Hawkins has not found substitute counsel by November 6, 2009, the court will deem her to have chosen to proceed pro se.

The court finds, however, that two conditions of withdrawal are necessary. First,

Greenblatt will be required to provide, at no cost, Hawkins's file (e.g., all documents related to the representation, and discovery materials) to either Hawkins's new attorney or Hawkins herself. Greenblatt should be prepared to provide these materials when asked for them by Hawkins's new attorney or Hawkins, but, in any event, he is to provide them by November 6, 2009. Second, Greenblatt must serve a copy of this order on Hawkins individually, provide proof of service to the court, and provide the court with Hawkins's address and telephone number. Accordingly,

IT IS ORDERED that the "Motion to Withdraw" [Dkt. # 68] is GRANTED.

IT IS FURTHER ORDERED that Greenblatt shall provide a copy of Hawkins's file to Hawkins or her attorney immediately upon request, or if no request is made by **November 6, 2009.**

IT IS FURTHER ORDERED that Greenblatt shall serve a copy of this order upon Hawkins individually and provide the court with proof of service by **October 16, 2009**, and provide Hawkins's address and telephone number.

        s/Robert H. Cleland  
        ROBERT H. CLELAND  
        UNITED STATES DISTRICT JUDGE

Dated: October 16, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 16, 2009, by electronic and/or ordinary mail.

        s/Lisa G. Wagner  
        Case Manager and Deputy Clerk  
        (313) 234-5522