**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

        Plaintiff,

                                   Case No. 08-10367

v.

DEANNA HAWKINS,

        Defendant.

_____/

**ORDER SETTING DEADLINE TO FILE UPDATED MOTIONS**

On March 25, 2009, the court stayed this case because pro se Defendant Deanna Hawkins had filed for bankruptcy. When the case was stayed several discovery-related motions were pending. These motions were administratively terminated when the case was stayed. On October 15, 2009, the court granted Defendant's motion to lift the stay of this case. Given the length of time between when this case was stayed and when the stay was lifted, the movants may no longer desire to pursue the issues raised in the motions that were pending when the case was stayed. Also, the facts or law involved with the then-pending motions may be different, requiring modification of the motions.

Should any party wish to pursue the issues raised in any of the terminated motions, they may file, after appropriate modification and updating, any of the terminated motions. Any such motion shall be filed by **November 24, 2009.** Represented parties (Plaintiff State Farm, and interested-party, Liss, Seder, and Andrews, PC) will have fourteen days to file a response—the time period defined in the

local rules.  Pro se Defendant Deanna Hawkins will have twenty-eight days to respond.

Accordingly,

      IT IS ORDERED that any terminated motion that a party wishes to pursue shall

be appropriately updated, modified, and filed by **November 24, 2009**.

      IT IS FURTHER ORDERED that Defendant Hawkins shall file responses, if any,

to the motions filed pursuant to this order within twenty-eight days of their filing.


                        s/Robert H. Cleland_____
                        ROBERT H. CLELAND
                        UNITED STATES DISTRICT JUDGE

Dated:  November 10, 2009


I hereby certify that a copy of the foregoing document was mailed to counsel of record
on this date, November 10, 2009, by electronic and/or ordinary mail.


                        s/Lisa G. Wagner_____
                        Case Manager and Deputy Clerk
                        (313) 234-5522