**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

       Plaintiff,

                             Case No. 08-10367

v.

DEANNA HAWKINS,

       Defendant.

                                  /

**ORDER DIRECTING ATTORNEY GREENBLATT TO COMPLY WITH PREVIOUS**
**ORDER  AND TO FILE STATEMENT OF COMPLIANCE**

On October 16, 2009, the court granted Defendant's then-attorney, Dean

Greenblatt, permission to withdraw.  As a condition of withdrawal, the court ordered

"that Greenblatt shall provide a copy of Hawkins's file to Hawkins or her attorney

immediately upon request, or if no request is made by November 6, 2009."  (10/16/2009

Order.)  On November 9, 2009, the court conducted a telephone status conference with

pro se Defendant Deanna Hawkins, counsel for Plaintiff, and counsel for interested-

party, Liss, Seder, and Andrews, PC.  During the conference Defendant Hawkins stated

that she has not yet received a copy of her file from Greenblatt.  It appears, therefore,

that Greenblatt has failed to comply with the court's October 16, 2009 order.

Accordingly,

IT IS ORDERED that Dean Greenblatt immediately transfer a copy of Defendant

Hawkins's entire file to her such that she receives all material on or before **November**

**13, 2009.**

IT IS FURTHER ORDERED that Dean Greenblatt file, on or before **November 13, 2009**, a notice of compliance stating that he has delivered Defendant Hawkins's file to her according to the terms of this order.


s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  November 10, 2009


I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 10, 2009, by electronic and/or ordinary mail.

s/Lisa G. Wagner
Case Manager and Deputy Clerk
(313) 234-5522