**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

                  Plaintiff,

v.

DEANNA HAWKINS,

                  Defendant.

Case No. 2:08-CV-10367-DT

Honorable Robert H. Cleland

---

| | |
|---|---|
| Michael W. Slater (P65227) | Thomas W. Cranmer (P25252) |
| HEWSON & VAN HELLEMONT, PC | David D. O'Brien (P65532) |
| Attorneys for Plaintiff | MILLER, CANFIELD, PADDOCK AND STONE, P.L.C. |
| 2900 Charlevoix Dr., SE, Ste. 310 | Attorneys for Third Party Witnesses |
| Grand Rapids, MI 49546 | 840 West Long Lake Rd., Suite 200 |
| Tel: (616) 949-5700 | Troy, MI 48098-6358 |
| | Tel: (248) 267-3294 |

---

## STIPULATED PROTECTIVE ORDER

Plaintiff State Farm Mutual Automobile Insurance Company ("State Farm") and third party witness Liss, Seder & Andrews, P.C. (the "Liss Firm"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, on June 9, 2010, the Liss Firm filed a Motion for Protective Order seeking to limit State Farm's use and disclosure of the documents identified in the privilege log that the Liss Firm generated in response to the September 10, 2008 and September 17, 2008 subpoenas served on it by State Farm; and

WHEREAS, on June 16, 2010, the Court entered an order granting the Liss Firm's motion and directing it to work with State Farm to stipulate to the form of a protective order;

NOW, THEREFORE, the parties stipulate and agree as follows:

1

1. State Farm shall not use any of the documents ordered by this Court to be produced in connection with the September 10, 2008 and September 17, 2008 subpoenas served on the Liss Firm in this matter, or any information derived from those documents, for any purpose other than the prosecution of its claims in this action.

2. State Farm shall be permitted to disclose the subject documents, and any information derived from those documents, only to those persons necessary to effectuate the prosecution of its claims in this action.

3. This order is being entered without prejudice to State Farm's ability to file, upon review of the subject documents, a motion to undue the protection of this order for some or all of the subject documents if used in furtherance of crime or fraud.

Stipulated as to form and content by:

By: */s* Michael W. Slater
    Michael W. Slater (P65227)
Hewson & Van Hellemont PC
2900 Charlevoix Dr. SE, Suite 310
Grand Rapids, MI 49546
Telephone: (616) 949-5700
slater@vanhewpc.com

By: */s* David D. O'Brien
    David D. O'Brien    (P65532)
Miller, Canfield, Paddock and Stone, P.L.C.
840 West Long Lake Road, Suite 200
Troy, MI 48098-6358
Telephone: (248) 267-3294
obrien@millercanfield.com

Dated: June 17, 2010

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

        Plaintiff,

v.

DEANNA HAWKINS,

        Defendant.

Case No. 2:08-CV-10367-DT

Honorable Robert H. Cleland

---

| | |
|---|---|
| Michael W. Slater (P65227) | Thomas W. Cranmer (P25252) |
| HEWSON & VAN HELLEMONT, PC | David D. O'Brien (P65532) |
| Attorneys for Plaintiff | MILLER, CANFIELD, PADDOCK AND STONE, P.L.C. |
| 2900 Charlevoix Dr., SE, Ste. 310 | Attorneys for Third Party Witnesses |
| Grand Rapids, MI 49546 | 840 West Long Lake Rd., Suite 200 |
| Tel: (616) 949-5700 | Troy, MI 48098-6358 |
| | Tel: (248) 267-3294 |

---

## **PROTECTIVE ORDER**

Upon review of the above stipulation by Plaintiff State Farm Mutual Automobile Insurance Company ("State Farm") and third party witness Liss, Seder & Andrews, P.C. (the "Liss Firm"), and the Court being fully advised:

IT IS HEREBY ORDERED that:

1. State Farm shall not use any of the documents ordered by this Court to be produced in connection with the September 10, 2008 and September 17, 2008 subpoenas served on the Liss Firm in this matter, or any information derived from those documents, for any purpose other than the prosecution of its claims in this action.

2. State Farm shall be permitted to disclose the subject documents, and any information derived from those documents, only to those persons necessary to effectuate the prosecution of its claims in this action.

3. This order is being entered without prejudice to State Farm's ability to file, upon review of the subject documents, a motion to undue the protection of this order for some or all of the subject documents if used in furtherance of crime or fraud.

**SO ORDERED.**

S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: July 7, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 7, 2010, by electronic and/or ordinary mail.

S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522

18,082,918.1\144666-00001