**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Plaintiff,

v.                                                                       Case No. 08-10367

DEANNA HAWKINS,

    Defendant.
                                                /

**ORDER TO PRODUCE DOCUMENTS FOR IN CAMERA INSPECTION**

Pending before the court are third-party Dean Greenblatt's "Motion for Protective Order," "Motion to Quash," and "Motion for Costs." The motions are in response to Plaintiff's subpoena on Greenblatt which asks for the production of "all documents relating to your retention and representation" of Defendant and "[a]ll documents relating to [Defendant's] bankruptcy proceedings." (Greenblatt Mot. Ex. 1.) After reviewing the briefs the court has determined that an in camera inspection of the documents is necessary to resolve the pending motions. The disposition of the motions will be determined after the motion hearing, which **remains scheduled for August 17, 2010, at 3:00 p.m.** Accordingly,

IT IS ORDERED that Greenblatt is DIRECTED to LODGE WITH CHAMBERS, on or before **August 17, 2010, at 10:00 a.m.**, the seven documents listed in the privilege log attached to his motion.

                                                       S/Robert H. Cleland
                                                       ROBERT H. CLELAND
                                                       UNITED STATES DISTRICT JUDGE

Dated: August 16, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 16, 2010, by electronic and/or ordinary mail.

                                              S/Lisa Wagner
                                              Case Manager and Deputy Clerk
                                              (313) 234-5522