UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

      Plaintiff,

                                Case No.: 2:08-cv-10367-DT

v.

DEANNA HAWKINS,                     HON. ROBERT H. CLELAND

      Defendant.

---

| | |
|---|---|
| Michael W. Slater (P65227)<br>HEWSON & VAN HELLEMONT, P.C.<br>Co-Counsel for Plaintiff<br>2900 Charlevoix Drive, SE, Suite 310<br>Grand Rapids, MI 49546<br>616-949-5700 | Ross O. Silverman<br>KATTEN MUCHIN ROSENMAN LLP<br>Co-Counsel for Plaintiff<br>525 West Monroe Street, Suite 1900<br>Chicago, IL 60661-3693<br>312-902-5200 |
| James F. Hewson (P27127)<br>Diane L. Hewson (P44628)<br>HEWSON & VAN HELLEMONT, P.C.<br>Co-Counsel for Plaintiff<br>25900 Greenfield Road, Ste. 326<br>Oak Park, MI  48237<br>248-968-5200 | Deanna Hawkins<br>In Pro Per<br>4890 Beaumont Drive<br>Beaumont, TX 77708<br>409-678-2417 |

Thomas W. Cranmer (P25252)
David D. O'Brien (P65532)
MILLER, CANFIELD, PADDOCK & STONE
Attorneys for Arthur Liss and Liss, Seder & Andrews, P.C.
840 W. Long Lake Road, Suite 200
Troy, MI 48098
248-267-3381

---

## ORDER

      This matter having come before the Court on Third Parties Arthur Liss's ("Liss") and Liss, Seder & Andrews, P.C.'s (the "Liss Firm") Motion to Quash the July 6, 2010 subpoenas

served on them by Plaintiff State Farm Mutual Automobile Insurance Company ("State Farm") [Doc. 105], and this Court having granted in part and denied in part their Motion in its February 10, 2011 Opinion and Order [Doc. 128],

IT IS HEREBY ORDERED:

1. Subject to paragraph 2, on or before April 8, 2011, Liss and the Liss Firm are directed to produce: (a) all documents created on or after October 2003 relating to Fecchia Hawkins, and (b) all documents created on or after October 2003 relating to Deanna Hawkins' (i) attendant care claims, (ii) guardianship and conservatorship for Fecchia Hawkins, and (iii) bankruptcy proceedings. Any documents produced by Liss and the Liss Firm in response to this order are subject to the terms of the "Stipulated Protective Order" entered on July 7, 2010.

2. Liss and the Liss Firm need not produce any of the following: (a) documents relating to, communications with, or work product prepared by their attorneys at Miller, Canfield, Paddock & Stone, P.L.C., and any other attorney or attorneys consulted by Liss or the Liss Firm regarding the defense of a possible fraud suit filed by State Farm, (b) filed pleadings, hearing transcripts or depositions from: (i) any lawsuit between Deanna Hawkins, Fecchia Hawkins and State Farm, (ii) any probate court matters relating to Deanna Hawkins' guardianship or conservatorship for Fecchia Hawkins, or (iii) Deanna Hawkins' bankruptcy proceeding, (c) documents that fall within the common interest privilege as outlined in the Court's June 4, 2010 and July 14, 2010 Opinions and Orders, (d) documents already in State Farm's possession, and (e) documents that would not be admissible in this case against Deanna Hawkins.

To the extent that Liss or the Liss Firm withholds any documents on the basis of any privilege that they otherwise would have had to produce in response to this order, all such

documents must be identified in a privilege log and submitted to the Court for *in camera* inspection on or before April 8, 2011.  To the extent that Liss or the Liss Firm withholds any documents on the basis that they would only be admissible in a proceeding against the third-party witnesses, all such documents must be identified in a log and submitted to the Court for *in camera* inspection on or before April 8, 2011.  After the court has determined which logged documents, if any, should be produced, it will enter an order directing Liss and the Liss Firm to produce those documents for State Farm, and will not transfer the documents from the court to State Farm directly.

    S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  March 18, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, March 18, 2011, by electronic and/or ordinary mail.

    S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522