UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

      Plaintiff,

v.                                         Case No. 08-10367

DEANNA HAWKINS,

      Defendant.
                                          /

**ORDER SETTING TELEPHONE CONFERENCE**

On March 18, 2011, the court closed discovery in this case in its "Order Sustaining in Part and Overruling in Part Witnesses' Objections to State Farm's Proposed Order and Closing Discovery." Accordingly,

IT IS ORDERED that the parties shall participate in a telephone conference on **October 6, 2011, at 3:30 p.m. eastern standard time**. The court will place the telephone call. During the conference, the parties should be prepared to discuss the likelihood of dispositive motion practice and possible trial dates.

IT IS FURTHER ORDERED that Defendant Deanna Hawkins shall call the court's case manager at (313) 234-5525 by **October 4, 2011**, and confirm the telephone number at which she can be reached.

                                         s/Robert H. Cleland
                                         ROBERT H. CLELAND
                                         UNITED STATES DISTRICT JUDGE

Dated: September 28, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 28, 2011, by electronic and/or ordinary mail.

                                                  s/Lisa G. Wagner
                                                  Case Manager and Deputy Clerk
                                                  (313) 234-5522

S:\Cleland\JUDGE'S DESK\C2 ORDERS\08-10367.HAWKINS.SetTeleConf.set.2.wpd