UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

      Plaintiff,

                              Case No.: 2:08-cv-10367-DT

v.

DEANNA HAWKINS,                      HON. ROBERT H. CLELAND

      Defendant.

---

| | |
|---|---|
| | Ross. O. Silverman |
| Michael W. Slater (P65227) | Emily J. Prentice |
| HEWSON & VAN HELLEMONT, P.C. | KATTEN MUCHIN ROSENMAN LLP |
| Co-Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 2900 Charlevoix Drive, SE, Suite 310 | 525 West Monroe Street, Suite 1900 |
| Grand Rapids, MI 49546 | Chicago, IL 60661-3693 |
| 616-949-5700 | 312-902-5200 |
| | |
| James F. Hewson (P27127) | Deanna Hawkins |
| Diane L. Hewson (P44628) | In Pro Per |
| HEWSON & VAN HELLEMONT, P.C. | 4890 Beaumont Drive |
| Co-Counsel for Plaintiff | Beaumont, TX 77708 |
| 25900 Greenfield Road, Ste. 326 | 409-678-2417 |
| Oak Park, MI  48237 | |
| 248-968-5200 | |

Thomas W. Cranmer (P25252)
David D. O'Brien (P65532)
MILLER, CANFIELD, PADDOCK & STONE
Attorneys for Arthur Liss and Liss, Seder & Andrews, P.C.
840 W. Long Lake Road, Suite 200
Troy, MI 48098
248-267-3381

---

## ORDER OF DISMISSAL

      This matter having come before the Court on the Stipulation of Dismissal filed by the

Parties, and this Court being fully apprised on the premises, IT IS HEREBY ORDERED:

This action is dismissed with prejudice.

        s/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated: October 25, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 25, 2011, by electronic and/or ordinary mail.

        s/Lisa Wagner
        Case Manager and Deputy Clerk
        (313)-234-5522