UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

      Plaintiff,

                                Case No.: 2:08-cv-10367-DT

v.

DEANNA HAWKINS,                      HON. ROBERT H. CLELAND

      Defendant.

---

| | |
|---|---|
| Michael W. Slater (P65227)<br>HEWSON & VAN HELLEMONT, P.C.<br>Co-Counsel for Plaintiff<br>2900 Charlevoix Drive, SE, Suite 310<br>Grand Rapids, MI 49546<br>616-949-5700 | Ross. O. Silverman<br>Emily J. Prentice<br>KATTEN MUCHIN ROSENMAN LLP<br>Co-Counsel for Plaintiff<br>525 West Monroe Street, Suite 1900<br>Chicago, IL 60661-3693<br>312-902-5200 |
| James F. Hewson (P27127)<br>Diane L. Hewson (P44628)<br>HEWSON & VAN HELLEMONT, P.C.<br>Co-Counsel for Plaintiff<br>25900 Greenfield Road, Ste. 326<br>Oak Park, MI 48237<br>248-968-5200 | Deanna Hawkins<br>In Pro Per<br>4890 Beaumont Drive<br>Beaumont, TX 77708<br>409-678-2417 |
| Thomas W. Cranmer (P25252)<br>David D. O'Brien (P65532)<br>MILLER, CANFIELD, PADDOCK & STONE<br>Attorneys for Arthur Liss and Liss, Seder & Andrews, P.C.<br>840 W. Long Lake Road, Suite 200<br>Troy, MI 48098<br>248-267-3381 | |

---

## **ORDER OF DISMISSAL**

       This matter having come before the Court on the Stipulation of Dismissal filed by the Parties, and this Court being fully apprised on the premises, IT IS HEREBY ORDERED:

This action is dismissed with prejudice.

    s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: October 25, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 25, 2011, by electronic and/or ordinary mail.

    s/Lisa Wagner
Case Manager and Deputy Clerk
(313)-234-5522